Brian GOODEN *v.* STATE of Arkansas

CR 00-845                                    72 S.W.3d 488

Supreme Court of Arkansas
Opinion delivered April 18, 2002

*Gene McKissic,* for appellant.

P ER CURIAM. On March 21, 2002, we issued an order
for Gene McKissic to appear before this court at 9:00
a.m., Thursday, April 4, 2002. *See Gooden v. State,* 2002 WL
442102 (March 21, 2002) ( *per curiam*). The date of appearance was
later changed to April 11, 2002. The purpose of our order was for
Mr. McKissic to show cause why he should not be held in con-
tempt of court for not filing appellant's brief by the deadline given
as a final extension which was February 27, 2002.

■ Mr. McKissic appeared before this court on April 11,
2002. At that time, he entered a plea of not guilty and requested
that a master be appointed to determine the facts. We appoint the
Honorable John Lineberger as a master to conduct a hearing. After
the hearing, we direct the master to make findings of fact and file
them with this court. Upon reviewing the master's findings, we
will decide whether Mr. McKissic should be held in contempt.